UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CATERPILLAR, INC., C13 AND C15
ENGINE PRODUCTS LIABILITY LITIGATION                                    MDL No. 2540

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −1)

On June 11, 2014, the Panel transferred 4 civil action(s) to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2014). Since that time, no additional action(s) have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Jerome B Simandle.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Simandle.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of New Jersey for the reasons stated in the order of June 11, 2014, and, with the consent of that court, assigned to the Honorable Jerome B Simandle.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 20, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I HEREBY CERTIFY that the above and
foregoing is a true and correct copy
of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By_____
Deputy Clerk

IN RE: CATERPILLAR, INC., C13 AND C15
ENGINE PRODUCTS LIABILITY LITIGATION             MDL No. 2540

### SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
| --- | --- | --- | --- |
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 14-03407 | SMMercado, Inc. et al v. Caterpillar, Inc. |
| GEORGIA NORTHERN | | | |
| GAN | 1 | 14-01317 | Harmon Bros. Charter Services, Inc. et al v. Caterpillar, Inc. |
| MINNESOTA | | | |
| MN | 0 | 14-01352 | Scenic Boundaries Trans. Inc. v. Caterpillar, Inc. |
| NORTH CAROLINA MIDDLE | | | |
| NCM | 1 | 14-00421 | MCLEAN v. CATERPILLAR, INC. |
| UTAH | | | |
| UT | 2 | 14-00323 | Bagley v. Caterpillar |
| WISCONSIN EASTERN | | | |
| WIE | 2 | 14-00567 | GCSpecialized Carriers, LLC v. Caterpillar, Inc. |